# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

*U.S. COURT OF APPEALS RECEIVED CLERK APR 17 2023 ATLANTA, GA*

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 12, 2023

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

Re:  David Sosa
    v. Martin County, Florida, et al.
    Application No. 22A893
    (Your No. 20-12781)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on April 12, 2023, extended the time to and including May 22, 2023.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by Emily Walker
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

NOTIFICATION LIST

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mr. Xiao Wang
Northwestern University Pritzker School of Law
375 E. Chicago Avenue, 8th Floor
Chicago, IL  60611


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

USCA11 Case: 20-12781     Document: 71     Date Filed: 04/17/2023     Page: 3 of 3

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U.S. Marshals Service
Atlanta, GA 30303

APR 17 2023
CLEARED DATE

04/13/2023
US POSTAGE $000.60
FIRST-CLASS MAIL
US OFFICIAL MAIL
$300 Penalty For Private Use
ZIP 20543
041M11120601