

## #1454 – $500 MADNESS

### How to Play

Match any of **YOUR NUMBERS** to any of the **WINNING NUMBERS**, win **PRIZE** shown for that number. Get a **"$"** symbol, win **PRIZE** shown for that symbol automatically! Get a **"5X"** symbol, win **5 TIMES** the **PRIZE** shown for that symbol! Get a **"10X"** symbol, win **10 TIMES** the **PRIZE** shown for that symbol! Get a **"$500 BURST"** symbol, win $500 automatically! Get a **"MONEYBAG"** symbol, win all **15 PRIZES** shown!

**Ticket Price:** $10.00
**Launch Date:** April 06, 2020
**End Date:** TBA
**Redemption Deadline:** TBA



### Odds of Winnings and Prizes

| Prize Amount | Odds of Winning | Total Prizes | Prizes Remaining | Prizes Paid |
|---|---|---|---|---|
| $500.00 | 1-in-136 | 890,263 | 221,244 | 669,019 |
| $150.00 | 1-in-1,712 | 70,490 | 17,507 | 52,983 |
| $100.00 | 1-in-343 | 352,512 | 87,904 | 264,608 |
| $50.00 | 1-in-480 | 251,685 | 63,223 | 188,462 |
| $30.00 | 1-in-240 | 503,364 | 126,444 | 376,920 |
| $25.00 | 1-in-120 | 1,006,264 | 252,836 | 753,428 |
| $20.00 | 1-in-20 | 6,039,345 | 1,515,219 | 4,524,126 |
| $15.00 | 1-in-15 | 8,052,307 | 2,047,785 | 6,004,522 |
| $10.00 | 1-in-10 | 12,078,802 | 3,113,910 | 8,964,892 |

**Overall Odds:** 1-in-4.13

**PLEASE NOTE:** Prizes, including the top prizes, may be unavailable at time of ticket purchase due to prior sale or other causes occurring in the normal course of business.

Every effort has been made to ensure the information provided above is accurate. However, in the event of an error, the game rules shall be controlling.